IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HUSEYIN ZENKIN,

        Plaintiff,

    v.

SONY ELECTRONICS, INC.,

        Defendants.

***E-FILED - 4/7/06***

CASE NO.: C-03-01200-RMW

**ORDER OF DISMISSAL**

On August 26, 2003, the court issued its order dismissing complaint with leave to amend and requiring plaintiff to file an amended complaint by September 5, 2003. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: 3/31/06

*Ronald M Whyte*

_____

RONALD M. WHYTE
United States District Judge

1

1
2  Copy of Order Mailed to:
3
   **Huseyin Zenkin**
4  1120 W. Olive Avenue, Apt. 101
   Sunnyvale, CA 94086
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2